FILED
ASHEVILLE, N.C.

SEP 1 5 2017

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE CRIMINAL ) NO. 1:17-mj-118
COMPLAINT AGAINST )
)
LEONARDO CHAVARRIA MURO )
)
)
)
_____ )

## ORDER SEALING COMPLAINT

UPON MOTION of the United States of America, by and through Jill W. Rose, United States Attorney for the Western District of North Carolina, for an order directing that Criminal Complaint, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the case until further order of this court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 15th day of September, 2017.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA