# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 CR 124

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **LEONARDO CHAVARRIA MURO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pending before the Court is the Motion to Unseal [# 7]. Upon motion of the United States Attorney, the Court **ORDERS** that the above referenced case be **UNSEALED**.

Signed: January 22, 2018

_____
Dennis L. Howell
United States Magistrate Judge